### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 14, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Russell A. Anderson
Associate Justice

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 10, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
/s/ James H. Gilbert,
Associate Justice

---

**Darrell PERSEKE, Relator,**

v.

**KLEESPIE TANK & PETROLEUM, and North River Insurance Co./ Crum & Foster, Respondents,**

**Kleespie Tank & Petroleum, and Valley Forge Insurance Co./CNA Insurance Co., Respondents.**

No. C7–01–964.

Supreme Court of Minnesota.

Sept. 13, 2001.

DeAnna M. McCashin, Alexandria, for employer–relator.

Kathy A. Endres, Minneapolis, for respondents Kleespie Tank and Valley Forge Insurance/CNA.

Nicole B. Surges, Minneapolis, for respondents Kleespie Tank and North River Ins. Company/Crum & Foster.

**Marcia A. KILBOURNE, Plaintiff,**

v.

**PROJECT NET, INC., d/b/a Superior Services, Defendant.**

**Project Net, d/b/a Superior Services, Plaintiff,**

v.

**Marcia Kilbourne, Defendant.**

No. C0–01–1504.

Supreme Court of Minnesota.

Sept. 14, 2001.

### ORDER

Plaintiff Project Net, d/b/a Superior Services has moved under Rule 113.03 of the General Rules of Practice for consolidation of the above-entitled cases, presently pending in Dakota and Washington County District Courts. The parties have stipulated to consolidation and to assignment of

